

JST

FILED IN OPEN COURT

JUN 27 2024

CHRISTOPHER L. EKMAN, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIM. NO. 1:24-cr-00077-CG |
| | * | MAG NO: 24-MJ-136-N |
| | * | USAO NO. 24R00205 |
| v. | * | |
| | * | VIOLATIONS: 18 U.S.C. § 1958 |
| | * | 18 U.S.C. § 924(h) |
| **SANDRA GRIMES,** | * | 18 U.S.C. § 922(g)(1) |
| aka **SANDRA KAYE JOHNSON,** | * | 18 U.S.C. § 2 |
| **JUDY OWEN,** | * | |
| **MITZY SMITH** and | * | |
| **REBECCA ELIZABETH MURPHY** | * | |

### SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Conspiracy to Commit Murder for Hire
### Title 18, United States Code, Sections 1958 and 2

From in or about February 2024 through April 2024, the exact dates being unknown, in the Southern District of Alabama, and elsewhere, the defendants,

**SANDRA GRIMES, aka SANDRA KAYE JOHNSON,**
**JUDY OWEN,**
**MITZY SMITH,**
**and REBECCA ELIZABETH MURPHY**

and others, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of an individual be committed in violation of the laws of State of Alabama and the State of Louisiana as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

1

All in violation of Title 18, United States Code, Sections 1958 and 2.

## COUNT TWO
### Transfer of a Firearm to be used to Commit a Felony
### Title 18, United States Code, Section 924(h)

In or about March 2024, in the Southern District of Alabama, Southern Division, the defendants,

**SANDRA GRIMES, aka SANDRA KAYE JOHNSON,
JUDY OWEN,
and MITZY SMITH**

knowingly received and transferred a firearm, namely, a .22 caliber Phoenix Arms handgun, knowing and having reasonable cause to believe that such firearm would be used to commit a felony, to wit: the killing of another in violation of the laws of Louisiana.

In violation of Title 18, United States Code, Section 924(h).

## COUNT THREE
### Possession of Firearm by a Prohibited Person (felon)
### Title 18, United States Code, Section 922(g)(1)

On or about May 3, 2024, in the Southern District of Alabama, Southern Division, the defendant,

**REBECCA ELIZABETH MURPHY,**

knowing she had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:

1. Fraudulent Use of a Credit Card, on or about March 3, 2015, in the Circuit Court of Baldwin County, Alabama, case number 05-CC-2014-000934;

2. Burglary 3rd, on or about March 3, 2015, in the Circuit Court of Baldwin County, Alabama, case number 05CC-2014-000979;

3. Possession of a Firearm by a Convicted Felon, on or about August 23, 2016, in the United States District Court for the Southern District of Alabama, case number 1:15-cr-00295-TFM.

did knowingly possess, in and affecting commerce, a firearm, namely, .22 caliber Phoenix Arms handgun with obliterated serial number.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT FOUR
### Murder for Hire
### Title 18, United States Code, Sections 1958

From on or about February 19, 2024, through February 20, 2024, in the Southern District of Alabama, and elsewhere, the defendants,

**SANDRA GRIMES, aka SANDRA KAYE JOHNSON,
JUDY OWEN,
and REBECCA ELIZABETH MURPHY**

and others, both known and unknown to the Grand Jury, did use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of an individual be committed in violation of the laws of the State of Alabama and State of Louisiana as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

In violation of Title 18, United States Code, Sections 1958(a) and 2.

### COUNT FIVE
### Murder for Hire
### Title 18, United States Code, Sections 1958

From on or about March 6, 2024, through March 10, 2024, in the Southern District of Alabama, and elsewhere, the defendants,

**SANDRA GRIMES, aka SANDRA KAYE JOHNSON,
JUDY OWEN,
and REBECCA ELIZABETH MURPHY**

and others, both known and unknown to the Grand Jury, did use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of an individual be

committed in violation of the laws of the State of Alabama and State of Louisiana as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

In violation of Title 18, United States Code, Sections 1958(a) and 2.

## FORFEITURE NOTICE

The allegations contained in Counts, One, Two, Three, Four, and Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of any or all of offenses named in Counts One, Two, Three, Four, and Five of this Indictment, the defendants,

**SANDRA GRIMES aka SANDRA KAYE JOHNSON,
JUDY OWEN,
MITZY SMITH and
REBECCA ELIZABETH MURPHY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of any one or all of the offenses in the Indictment, including but not limited to:

One .22 caliber Phoenix Arms handgun with obliterated serial number.

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*Jessica S. Terrill*
JESSICA S. TERRILL
Assistant United States Attorney

*Chappell for Costello*
SEAN P. COSTELLO
United States Attorney

JUNE 2024